UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 1:24-cr-334-1 |
| | ) | |
| VANESSA FENDERSON | ) | |
| _____ | ) | |

**MOTION TO WITHDRAW**

NOW COME the undersigned counsel, Jones P. Byrd, Jr. and Mark A. Jones, of the law firm Bell, Davis, & Pitt, PA – at the express instruction of defendant Vanessa Fenderson, to withdraw as her counsel and from further representation of her regarding this matter. The undersigned have conferred with an attorney for the Government, who states that the United States takes "no position" regarding this Motion. In support, the undersigned show the following:

In January 2025, Vanessa Fenderson hired Brandon Sample, Esq. to represent her regarding this federal criminal matter. Mr. Sample's notice of Special Appearance was filed with this Court on January 23, 2025. (Doc. 39). Additional counsel from the law firm Bell, Davis, & Pitt, PA (attorneys Byrd and Jones) were also engaged and filed their notices of appearance on January 21, 2025 (Docs. 35-36). By Order of March 20, 2025, the Court set the dates for the suppression hearing (on April 16, 2025) and the trial (on May 12, 2025). The deadline for plea agreements to be filed is tomorrow, April 30, 2025.

Defendant, Vanessa Fenderson, has unequivocally instructed the undersigned counsel to Move to Withdraw from her case and to cease further representation of her before this Court.  <u>Ms. Fenderson has not, however, asked Brandon Sample, Esq., to move to withdraw from this case or from further representation of her regarding this matter</u>.  Accordingly, the granting of this Motion will not leave defendant Vanessa Fenderson without representation.  Thus, unlike many cases, Ms. Fenderson is not seeking to *substitute* counsel, but to simply continue forward with the attorney of her choice – Mr. Brandon Sample, Esq. – whom she engaged months ago to represent her regarding this federal criminal case.

The Sixth Amendment to the United States Constitution broadly protects a criminal defendant's right "to be represented by an attorney of [her] choosing." *United States v. Inman*, 483 F.2d 738, 739-40 (4th Cir. 1973). And the Supreme Court of the United States has repeatedly recognized and affirmed this right.  *See United States v. Gonzalez-Lopez*, 548 U.S. 140 (2006) and *Wheat v. United States*, 486 U.S. 153 (1988).  The granting of this Motion will protect defendant Vanessa Fenderson's Sixth Amendment right to retain and be represented by counsel of her choice, here Brandon Sample, Esq. (See Doc. 39).

WHEREFORE, the undersigned counsel respectfully request that the Court grant their Motion to Withdraw from further representation of Vanessa Fenderson in 1:24-cr-334-1. A Proposed Order is attached.

Respectfully submitted this the 29th day of April, 2025.

/s/ Mark A. Jones
BELL, DAVIS & PITT, P.A.
North Carolina Bar #36215
100 N. Cherry St. Suite 600
Winston-Salem, NC 27101
Phone: (336) 714-4122
Email: mjones@belldavispitt.com

/s/ Jones P. Byrd, Jr.
BELL, DAVIS & PITT, P.A.
North Carolina Bar #36215
100 N. Cherry St. Suite 600
Winston-Salem, NC 27101
Phone: (336) 714-_____
Email: jbyrd@belldavispitt.com